AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

**SEALED**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)
Computer Servers and Records of AOL Inc. for )
information associated with ABBY.NANCY@AOL.COM )
)

Case. 1:14-mj-0039
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date . 02/10/2014
Description. AMENDED Search and Seizure Warrant

## AMENDED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____EASTERN____ District of ____VIRGINIA____
*(identify the person or describe the property to be searched and give its location):*
COMPUTER SERVERS AND RECORDS OF AOL INC. FOR INFORMATION ASSOCIATED WITH EMAIL ACCOUNT ABBY.NANCY@AOL.COM

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   February 24, 2014
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.      ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ___30___ days *(not to exceed 30)*.
                                                          ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __FEB 10 2014__
                                  __1:45 pm__

City and state:   District of Columbia

_____
*Judge's signature*
**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1-14-MJ-0039 | Date and time warrant executed: 1/14/2014  11:09 AM | Copy of warrant and inventory left with: AOL Custodian of Records |
| Inventory made in the presence of: SA Michael J. Condon, FBI |||
| Inventory of the property taken and name of any person(s) seized: A Compact disk (CD) dated 2/10/2014 and labeled AOL SW.FBI.136857, SW.FBI.136857A, PC.FBI.136222, SW.FBI.136857B, PC.FBI.136222.abby.nancy A cursory review of the CD revealed three (3) compressed files containing approximately 84.5 KB of data |||

**FILED**

MAR -6 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*Certification*

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/5/2014

_____
Executing officer's signature

Lauren C. Gulotta, Special Agent
Printed name and title

## ATTACHMENT A
*Property to be Searched*

This warrant applies to information associated with the following e-mail accounts: Abby.Nancy@aol.com, Jean.Pam@aol.com, and ecotraining@ymail.com, that is stored at premises controlled by ~~America Online~~ *AOL*, Inc. (hereinafter "AOL"), a company that accepts service of process at 22000 AOL Way, Dulles, VA 20166 and Yahoo! Corporation, (hereinafter "Yahoo!"), a company that accepts service of process at 701 1st Avenue, Sunnyvale, CA 94089.

## ATTACHMENT B

*Particular Things to be Seized*

I. **Information to be disclosed by AOL and Yahoo! (the "Providers")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Providers, including any e-mails, records, files, logs, or information that has been deleted but is still available to the Providers, the Providers are required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all e-mails associated with the target accounts, including stored or preserved copies of e-mails sent to and from the accounts, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b. All records or other information regarding the identification of the target accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the target account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

15

   d. All records or other information stored at any time by an individual using the target accounts, including address books, contact and buddy lists, calendar data, pictures, and files;

   e. All records pertaining to communications between the Providers and any person regarding the target accounts, including contacts with support services and records of actions taken;

   f. All records or other information pertaining to address books stored by the target accounts;

   g. All records or other information pertaining to buddy lists stored by the target accounts; and

   h. All records or other information pertaining to calendars stored by the target accounts.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 641, those violations involving ECCLESTON, and occurring between March 1, 2013, and January 13, 2014, including, for each target account or identifier listed on Attachment A, information pertaining to the following matters:

a.    Preparatory steps taken in furtherance of the scheme to convert and/or sell government property, in violation of 18 U.S.C. § 641;

b.    Information relating to who created, used, or communicated with the target accounts, including records about their identities and whereabouts.